IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRIS LOVE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:20-cv-365-RAH-JTA |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## **ORDER**

Upon consideration of the *Joint Motion for a Rule 41(a) Dismissal* (Doc. 23) filed on January 28, 2021, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed without prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close the case.

DONE and ORDERED, this the 2nd day of February, 2021.

                                          /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE